CHRISTOFFER A. OLSEN and Another v. MARINE TRANSIT CORPORATION.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

BERTHA SCHWARTZ, as Administratrix, etc., of JOSEPH SCHWARTZ, Deceased, v. UNITED STATES TRUCKING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin; O'Malley and Townley, JJ.

FRANK McNULTY v. SAMUEL UNGERLEIDER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BENJAMIN KAUFMAN v. SIMONS MOTOR SALES CO., INC.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [See *ante,* p. 98.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALDEN S. CONDICT v. KATHERINE T. CONDICT. FENTON B. TURCK.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

FLORINDO S. POLO v. INTERNATIONAL GERMANIC TRUST COMPANY.— Motion for resettlement denied, with ten dollars costs. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

HERBERT CONNELLAN, JR., by His Guardian ad Litem, HERBERT CONNELLAN, v. AMERICAN CAN COMPANY and HENRY McCARTHY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE CITY OF NEW YORK v. JAMES J. McCORMICK.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [See *ante,* p. 722.]

HARRIS FLOORING COMPANY v. PRITCH FLOORING CORPORATION.— Motion for resettlement granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [See *ante,* pp. 662, 725.]